618

474 A.2d 685

Chesson, Appellant, v. Keystone Insurance Company.

Argued December 9, 1983. Allen L. Feingold, for appellant; Wendy Marie Johnston, for appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed and additional costs imposed.

474 A.2d 685

Commonwealth v. Barr, Appellant.

Submitted November 8, 1983. James J. Stucznski, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order and judgment affirmed.